IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* HAROLD MILSTEIN, M.D.,<br><br>Plaintiffs,<br><br>v.<br><br>FAMILY DERMATOLOGY P.C.,<br>PAULA NELSON, M.D.,<br>ADEYINKA ADISOKAN and<br>ANDREW FRANKEL<br><br>Defendants. | CIVIL ACTION NO.<br><br>1:13-cv-1027-AT |

## UNITED STATES' AND RELATOR'S JOINT STIPULATION
## FOR DISMISSAL AS TO DEFENDANTS

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and in accordance with the terms and conditions of the Settlement Agreement ("Agreement"), with an Effective Date of April 21, 2015, between the United States of America, acting through the United States Department of Justice and on behalf of the Office of Inspector General (OIG-HHS) of the Department of Health and Human Services (HHS) (collectively, the "United States"); Family Dermatology, P.C., Paula Nelson, M.D., Adeyinka Adisokan, Andrew Frankel and Relator Harold Milstein,

1

M.D. ("Relator"), through their authorized representatives; the United States and Relator hereby stipulate, through their undersigned counsel, to the entry of an order in Civil Action No. 1:13-CV-1027-AT (the "Civil Action"), as follows:

a. dismissing with prejudice as to the Relator's claims against Family Dermatology, P.C., Paula Nelson, M.D., Adeyinka Adisokan and Andrew Frankel in the Civil Action, pursuant to and consistent with the terms and conditions of the Agreement;

b. dismissing with prejudice as to the United States' claims against Family Dermatology, P.C., et. al. as to the Covered Conduct, as defined in the Settlement Agreement;

c. dismissing without prejudice as to the United States as to all other claims;

d. dismissing without prejudice as to the State of Georgia as to all claims against Family Dermatology, P.C., et. al. as the State of Georgia was not a party to the Settlement Agreement; and

e. reserving jurisdiction with the Court to address any claims arising from a violation of the settlement agreement.

A proposed order is attached for the Court's convenience.

Respectfully submitted,

JOHN A. HORN
ACTING UNITED STATES ATTORNEY

/s/ Emily Shingler
EMILY SHINGLER
Assistant U.S. Attorney
Georgia Bar No. 311482
600 Richard B. Russell Federal Bldg.
75 Spring Street, S.W.
Atlanta, Georgia 30303
Telephone: (404) 581-6228
Facsimile: (404) 581-6181
Email: Emily.Shingler@usdoj.gov

CHRISTOPHER J. HUBER
Assistant U.S. Attorney
Georgia Bar No. 545627
600 Richard B. Russell Federal Bldg.
75 Spring Street, S.W.
Atlanta, Georgia 30303
Telephone: (404) 581-6292
Facsimile: (404) 581-6181
Email: christopher.huber@usdoj.gov

Counsel for the United States of America

/s/ Kevin J. Darken
KEVIN J. DARKEN
The Cohen Law Group
201 East Kennedy Boulevard, Suite 1000
Tampa, FL  33602
Telephone: (813) 225-1655
Email:  kdarken@tampalawfirm.com

Attorney for Plaintiff-Relator

May 11, 2015

## CERTIFICATE OF SERVICE

I hereby certify that the United States' and Relator's Joint Stipulation for Dismissal as to Defendants and Proposed Order, were served by mailing true copies thereof by first class mail, with adequate postage affixed thereto, addressed to:

Kevin J. Darken
The Cohen Law Group
201 East Kennedy Boulevard, Suite 1000
Tampa, FL  33602

This 11th day of May 2015.

/s/ Emily Shingler
Emily Shingler
ASSISTANT U.S. ATTORNEY